## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARMEN DRUMMOND, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WOUNDED WARRIOR PROJECT, INC. ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:21cv00320-JEB |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, Plaintiff Carmen Drummond and Wounded Warrior Project, Inc., by their respective counsel, represent that this matter has been resolved and stipulate, pursuant to Rule 41, Fed.R.Civ.P., to the dismissal of this matter with prejudice, with each party to bear their own costs and fees.

DATE:   September 1, 2021            Respectfully submitted,

Carmen Drummond
By Counsel


/s/   *John C. Cook*
John C. Cook (D.C. Bar No. 421528)
Philip C. Krone (D.C. Bar No. 1034528)
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
Telephone: (703) 865-7480
Facsimile: (703) 434-3510
jcook@cookcraig.com
**Counsel for Plaintiff**

Wounded Warrior Project, Inc.
By Counsel


/s/ *Michael E. Barnsback*
Michael E. Barnsback (D.C. Fed. Bar No. VA015)
O'Hagan Meyer PLLC
2560 Huntington Avenue, Suite 204
Alexandria, VA 22303
(703) 775-8601 Telephone
(703) 775-8610
mbarnsback@ohaganmeyer.com

**Counsel for Defendant**